UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

GAY D. THOMPSON,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY
    Defendant.
_____/

Case No.  1:14-CV-0464

HON. PAUL L. MALONEY

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of Defendant affirming the Commissioner's decision.

Dated:  September 24, 2015
                                        /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge